AO 106 (Rev. 04/10) Application for a Search Warrant

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

NOV 1 3 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **18-2966-ADC**
The Two Subject Electronic Devices, located at the )
Baltimore Field Division of the ATF, located at 31 )
Hopkins Plaza, Suite 500, Baltimore, Maryland )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* The Two Subject Electronic Devices, located at the Baltimore Field Division of the ATF, located at 31 Hopkins Plaza, Suite 500, Baltimore, Maryland.

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841; 18 U.S.C. § 922(g) | Possession with Intent to Distribute a Controlled Dangerous Substance; Felon in Possession of a Firearm and Ammunition |

The application is based on these facts:
See the attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's Signature*

Alfred Johnson, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 29 October 2018

*Judge's signature*

City and state: Baltimore, MD       A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*